JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURITA BELDA,<br><br>            Plaintiff,<br><br>      v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>            Defendants. | Case No. CV 15-7634 FMO (AGRx)<br>Case No. CV 16-3033 FMO (AGRx)<br><br>**JUDGMENT** |

    **IT IS ADJUDGED** that the above-captioned case is **dismissed with prejudice**.  The parties shall bear their own fees and costs.

Dated this 28th day of February, 2017.


                                              /s/
                                  Fernando M. Olguin
                             United States District Judge